**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00908-LTB-KLM

NEIL HALEY,

       Plaintiff,

v.

WELTMAN, WEINBERG AND REIS, CO, LPA,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice Between Plaintiff and Defendants (Doc 18 -filed January 12, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      _s/Lewis T. Babcock_
                                      Lewis T. Babcock, Judge

DATED:   January 13, 2015